**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Shaun Knox,<br><br>　　　　　Defendant. | No. CR-21-02195-001-TUC-CKJ (DTF)<br><br>**ORDER** |

On November 23, 2021, Magistrate Judge D. Thomas Ferraro issued a Report and Recommendation ("R&R") in which he recommended that certain language be struck from the indictment in this case. (Doc. 23) The Government has failed to file an objection to the R&R, and the deadline by which to do so, December 7, 2021, has passed.

The standard of review applied to a Magistrate Judge's R&R is dependent upon whether a party files objections – the Court need not review portions of the R&R to which a party fails to object. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). "[W]hile the statute does not require the [court] to review an issue de novo if no objections are filed, it does not preclude further review by the [court], sua sponte or at the request of a party, under a de novo or any other standard." *Id*. at 154. The Court reviews for clear error portions of the R&R to which there is no objection. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Campbell v. United States Dist. Ct.*, 501 F.2d 196, 206 (9th Cir. 1974).

The Court has reviewed and considered the Magistrate Judge's R&R and related documents and finds no error.

**IT IS ORDERED:**

1.  The Report and Recommendation (Doc. 23) is ADOPTED.

2.  The following language shall be struck from each count of the Indictment:

"and after having been convicted of Sexual Abuse, a felony, in violation of 18 U.S.C. §§ 1153, 2242, and 2246(2)(A), on March 8, 2010 in the United States District Court, District of South Dakota." (Doc. 1 at 1-3)

3.  This matter remains set for jury trial on January 11, 2022, at 9:30 A.M.

Dated this 13th day of December, 2021.

Honorable Cindy K. Jorgenson
United States District Judge